# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN MILLER<br>*Plaintiff* | : | CIVIL ACTION |
| | : | NO. 13-4354 |
| v. | : | |
| STEVEN GLUNT, *et al.*<br>*Defendants* | : | |

FILED
SEP 1 5 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## O R D E R

**AND NOW,** this 15th day of September 2014, upon careful and independent consideration of the petition for writ of *habeas corpus*, [ECF 1], the response to the petition for writ of *habeas corpus*, [ECF 17], Petitioner's reply, [ECF 27], and after review of the Report and Recommendation of the United States Magistrate Judge Henry S. Perkin, [ECF 28], it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of *habeas corpus* is **DENIED** with prejudice and **DISMISSED** without an evidentiary hearing; and

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.